# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JEFFERY LAMAR CRAWFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CV1808 JAR |
| | ) |
| DIANE L. DRAGAN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. It is unclear as to whether plaintiff intended for this action to be filed in this Court or state court. As a result, the Court will order plaintiff to state in writing where he intended this action to be filed.

The case caption of the complaint bears the caption of the 22nd Judicial Circuit Court of Missouri, St. Louis City. In the complaint, plaintiff asserts that the 22nd Judicial Circuit is the proper venue. And the Clerk has informed the Court that plaintiff originally mailed this action to the 22nd Judicial Circuit Court but that the state court forwarded the case to this Court without filing. Moreover, the complaint asserts the state law claim of legal malpractice. As a result, it appears that plaintiff intended to file this case in state court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall inform the Court, in writing and no later than twenty-one (21) days from the date of this Order, in which court he intended this action to be filed.

**IT IS FURTHER ORDERED** that the Court will hold all pending motions in abeyance at this time.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely respond to this Order, the Court will submit this action for review under 28 U.S.C. § 1915.

Dated this 8th day of November, 2011.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE